**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Email: adam.nach@lane-nach.com
Helen K. Santilli – 033239
Email: helen.santilli@lane-nach.com

*Attorneys for Plaintiff/Judgment Creditor*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BRITTANY ELYSE HOOPES,<br><br>    Debtor.<br><br>BRIAN J. MULLEN, CHAPTER 7 TRUSTEE,<br><br>    Plaintiff/Judgment Creditor,<br><br>      vs.<br><br>BRITTANY ELYSE HOOPES,<br><br>    Defendant(s)/Judgment Debtor(s).<br><br>ULTA BEAUTY COSMETICS, LLC,<br><br>    Garnishee. | (Chapter 7 Case)<br><br>No. 2:21-bk-06875-DPC<br><br>**PETITION FOR ISSUANCE OF AN ORDER:**<br><br>**1. REQUIRING ULTA BEAUTY COSMETICS, LLC TO APPEAR OR ANSWER WRIT OF GARNISHMENT;**<br><br>**2. ENTERING DEFAULT JUDGMENT AGAINST GARNISHEE IN EVENT OF NONCOMPLIANCE; AND**<br><br>**3. PERMITTING TRUSTEE TO SEEK HIS REASONABLE ATTORNEYS' FEES IN THE EVENT OF NONCOMPLIANCE** |

Brian J. Mullen, Chapter 7 Trustee and Movant/Judgment Creditor herein, by and through undersigned, hereby files this *Petition for Issuance of an Order: (1) Requiring Ulta Beauty Cosmetics, LLC to Appear or Answer Write of Garnishment; (2) Entering Default Judgment Against Garnishee in Event of Noncompliance; and (3) Permitting Trustee to Seek His Reasonable Attorneys' Fees in Event of Noncompliance* ("**Petition**"). The Petition seeks the issuance of an Order: (1) requiring Ulta Beauty Cosmetics, LLC ("**Garnishee**") to Appear or Answer Writ of Garnishment; (2) the entry of a Default Judgment against Garnishee in the event of noncompliance;

1

and (3) permitting Trustee to seek his reasonable attorneys' fees in the event of noncompliance. In support hereof, Trustee respectfully represents as follows:

## MEMORANDUM OF POINTS AND AUTHORITIES

1.      Brittany Elyse Hoopes ("**Debtor**" or "**Judgment Debtor**") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on September 7, 2021.

2.      Brian J. Mullen is the duly appointed and acting Trustee in this case and Movant/Judgment Creditor herein ("**Trustee**" or "**Judgment Creditor**").

3.      This Court entered an *Stipulated Judgment* ("**Judgment**") in favor of Judgment Creditor on December 9, 2022 in the principal sum $3,219.72, plus interest at the rate of ten percent (10%) per annum from the date of the entry of the judgment.

4.      The total amount of $3,219.72, plus interest at the rate of ten percent (10%) per annum from the date of the entry of the judgment remains due and owing to the Judgment Creditor from the Judgment Debtor.

5.      Upon information and belief, Judgment Debtor is an employee of Garnishee. Garnishee's address is believed to be the following:

**Ulta Beauty Cosmetics, LLC**
**c/o Corporation Service Company**
**8825 N. 23rd Avenue, Ste. 100**
**Phoenix, AZ  85021**

6.      On March 27, 2024, Trustee filed an *Application for Writ of Garnishment* for the earnings of Judgment Debtor. [DE 43].

7.      On March 27, 2024, this Court issued a *Writ of Garnishment* on the earnings of Judgment Debtor. [DE. 45].

8.      On March 27, 2024, Trustee, by and through his attorneys, mailed to Garnishee the Writ of Garnishment with copies of all required documents via certified mail, as set forth in the Certificate of Service on Garnishee filed on March 27, 2024. [DE 46].

9.      The mailing has not been returned to Trustee as either unclaimed, vacant, no such address, moved, undeliverable or returned to Trustee in any other such manner.

2

10. Garnishee failed to respond or file an Answer to the Writ of Garnishment days after being served as required by A.R.S. § 12-1598.06.

11. On May 3, 2024, Trustee's counsel sent demand on Garnishee to file an Answer to the Writ of Garnishment.

12. Despite demand, Garnishee has failed to answer the Writ of Garnishment.

13. Pursuant to A.R.S. § 12-1598.13(H), Judgment Creditor may petition this Court for an order requiring Garnishee to appear before the Court to answer the Writ of Garnishment or to file and serve a copy of the answer on Judgment Creditor's counsel at least five days before the appearance date.

14. In the event Garnishee fails to appear or file and serve the Answer on Judgment Creditor's counsel at least five days before the appearance date, this Court may enter a default judgment against Garnishee in the amount of $3,219.72, plus interest at the rate of ten percent (10%) per annum from the date of the entry of the judgment.

15. Pursuant to A.R.S. § 12-1598.13(H), this Court may award Judgment Creditor his reasonable attorney's fees for failing to file an Answer to the Writ of Garnishment and preparing this Petition.

16. Trustee anticipates that his reasonable attorneys' fees incurred as a result of Garnishee's failure to respond are not less than $750.00.

WHEREFORE, Brian J. Mullen, Chapter 7 Trustee and Movant/Judgment Creditor, prays for an Order of this Court:

A. Directing Ulta Beauty Cosmetics, LLC to appear before this Court to answer the writ of garnishment or file and serve a copy of the answer on Trustee's counsel within five days before the appearance date;

B. In the event Garnishee fails to appear at the time and place specified by this Court to answer the Writ of Garnishment, or fails to file the answer on Trustee's counsel within five days before the appearance date, entering a default judgment against Garnishee in the amount of $3,219.72, plus interest at the rate of ten percent (10%) per annum from

3

the date of the entry of the judgment;

C. Permitting Trustee to seek his reasonable attorneys' fees in the amount of not less than $750.00 in the event of Garnishee's noncompliance, subject to further application and Court Order; and

D. For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 17th day of June, 2024.

**LANE & NACH, P.C.**

By: */s/ Helen K. Santilli – 033239*
    Adam B. Nach
    Helen K. Santilli
    *Attorneys for Judgment Creditor*

COPY of the foregoing delivered
via first class & certified mail to:

Ulta Beauty Cosmetics, LLC
c/o Corporation Service Company
8825 N. 23rd Avenue, Ste. 100
Phoenix, AZ 85021
*Garnishee*

Ulta Beauty Cosmetics, LLC
c/o Eric Messerschmidt
1000 Remoington Blvd.
Suite 120
Bolingbrook, IL 60440

Ulta Beauty Cosmetics, LLC
4570 W. Lower Buckeye
Suite 250
Phoenix, Arizona 85007

Ulta Beauty Cosmetics, LLC
1201 Hays Street
Tallahassee, FL 32301

By: */s/ Aimee Bourassa*